BUCHALTER
A Professional Corporation
JOHN L. HOSACK, ESQ. (SBN: 42876)
JASON L. GOLDSTEIN, ESQ. (SBN: 207481)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  jhosack@buchalter.com

Attorneys for Defendant
Del Toro Loan Servicing, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE LACOMBA, SR., AND ROCHELLE LOUISE LACOMBA, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>EAGLE HOME LOANS AND INVESTMENT, LLC, a California limited liability company; DEL TORO LOAN SERVICING, INC., a California corporation, qualified to do business in California; and DOES 1 through 20,<br><br>Defendants. | CASE NO.: 2:23-CV-00370-KJM-DB<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO DEFENDANT DEL TORO LOAN SERVICING, INC. TO RESPOND TO SECOND AMENDED COMPLAINT** |

Defendant Del Toro Loan Servicing, Inc., ("DTLS"), and Plaintiffs Larry Lee Lacomba, Sr. and Rochelle Louise Lacomba, Husband and Wife, ("Plaintiffs"), (collectively the, "Stipulating Parties"), hereby stipulate as follows:

1. **WHEREAS**, the Plaintiffs' Second Amended Complaint ("SAC") has been served on DTLS and DLTS' response to Plaintiffs' SAC must be filed by Thursday, March 21, 2024;

2. **WHEREAS**, Plaintiffs' have granted DLTS an "open" extension of time to respond to the SAC, subject to twenty (20) days written notice from Plaintiffs to DLTS' counsel to respond to the SAC;

3. **WHEREAS**, Plaintiffs are currently responding to a Motion to Dismiss filed by Defendant Eagle Home Loans and Investment, LLC ("Eagle");

4. **WHEREAS**, after Plaintiffs have responded to Eagle's Motion to Dismiss, Plaintiffs want to obtain the production of documents and take the deposition of DLTS; and,

5. **WHEREAS**, depending on what the Plaintiffs discover from the production of documents and deposition of DLTS, the Plaintiffs' may dismiss their SAC against DTLS.

**IT IS HEREBY STIPULATED** by and between the Stipulating Parties that DLTS' s time to file a response to the Plaintiffs' SAC shall be extended to a date after twenty (20) days written notice is given to DLTS' counsel.

**SO STIPULATED.**

DATED: March 27, 2024               BUCHALTER
                                    A Professional Corporation


                                    By: /s/ *Jason E. Goldstein*
                                         JOHN L. HOSACK, ESQ.
                                         JASON E. GOLDSTEIN, ESQ.
                                         Attorneys for Defendant,
                                         DEL TORO LOAN SERVICING, INC.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 81539564v1                       2
STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO
SECOND AMENDED COMPLAINT

DATED: March 27, 2024        LAW OFFICE OF JOHN KEVIN CROWLEY

By: /s/ *John Kevin Crowley*
JOHN KEVIN CROWLEY, ESQ.
Attorney for Plaintiffs,
LARRY LEE LACOMBA, SR. and
ROCHELLE LOUISE LACOMBA

**ORDER**

The Court, having considered the foregoing stipulation of the parties, and finding good cause existing, approves the stipulation and hereby Orders as follows:

Defendant Del Toro Loan Servicing, Inc.'s response to the Plaintiffs' Second Amended Complaint shall be due at a period after twenty (20) days written notice is provided by Plaintiffs to DTLS' counsel.

**SO ORDERED.**

DATED: March 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE