# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LEE LACOMBA, SR., AND ROCHELLE LOUISE LACOMBA, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>vs.<br><br>EAGLE HOME LOANS AND INVESTMENT, LLC, a California limited liability company; DEL TORO LOAN SERVICING, INC., a California corporation, JAMES MCCLENAHAN, an individual and DOES 1 through 20,<br><br>Defendants. | Case No.: 2:23-CV-00370-DJC-DB<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**<br><br>Courtroom: 3<br>**Honorable Daniel J. Calabretta** |

On December 11, 2024, Plaintiffs submitted a status report indicating this action has been resolved through the bankruptcy court. In light of the Plaintiffs' position, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

Dated:   December 16, 2024          /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE